**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 03-6752**

─────────────

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

ETROY CARLOS MOORER,

                                        Defendant - Appellant.

─────────────

Appeal from the United States District Court for the District of South Carolina, at Charleston.  C. Weston Houck, District Judge. (CR-97-43, CA-00-1002-2-12)

─────────────

Submitted:  June 19, 2003          Decided:  June 26, 2003

─────────────

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Etroy Carlos Moorer, Appellant Pro Se. Sean Kittrell, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, South Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Etroy Carlos Moorer seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have independently reviewed the record and conclude that Moorer has not made a substantial showing of the denial of a constitutional right. See Miller-El v. Cockrell, 123 S. Ct. 1029 (2003). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED